# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

JEAN MILLER,

        Plaintiff,

v.

ALLAN R. GRIFFITH, et al.,

        Defendants.

2:10-CV-1994 JCM (PAL)

# ORDER

Presently before the court is plaintiff's motion to substitute party. (Doc. #15). The defendants have not responded.

Under Federal Rule of Civil Procedure 7(b)(1), in a motion for relief, a party must "state with particularity the grounds for seeking" a court order. Further, pursuant to Local Rule 7-2(d), "[t]he failure of a moving party to file points and authorities in support of the motion shall constitute a consent to the denial of the motion."

Here plaintiff has merely requested that the court "[r]emove Linda Cervin and [r]eplace with R.K. Arnold as president for MERS" (doc. #15) without providing any explanation. Plaintiff has failed to file the necessary points and authorities to support its motion.

Accordingly,

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motion to
2   substitute party (docs. #15) is hereby DENIED.
3   DATED April 11, 2011.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -