UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JEAN MILLER,

        Plaintiff,

v.

ALLAN R. GRIFFITH, et al.,

        Defendants.

2:10-CV-1994 JCM (PAL)

### ORDER

Presently before the court are plaintiff's motions for preliminary injunction. (Docs. #14, #22). The defendants have not responded.

On February 24, 2011, (doc. #16) and again on March 7, 2011, (doc. #23) this court denied plaintiff's motions for temporary restraining order (docs. #12, #21). In considering whether to grant those motions, the court applied the same standard used now to determine whether to grant a preliminary injunction: (1) a likelihood of success on the merits; (2) possibility of irreparable injury if preliminary relief is not granted; (3) balance of equities; and (4) advancement of the public interest. *Winter v. N.R.D.C.*, 129 S. Ct. 365, 374–76 (2008).

Plaintiff has presented to the court no new facts or law upon which the court may reconsider its determination that plaintiff has not met this burden. *See School Dist. No. 1J v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993) ("Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is an intervening change in controlling law."); FED. R. CIV. P. 59(e); FED. R.

**James C. Mahan**
**U.S. District Judge**

C<small>IV</small>. P. 60(b). Thus, applying the rationale from the previous orders (docs. #16, #23), the court declines to issue a preliminary injunction in this case.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiff's motions for preliminary injunction (docs. #14, #22) are hereby DENIED.

DATED April 11, 2011.

*[signature]*
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -